IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_Robert Stanley Morgan Jr_ )
_____ )
                                    )
                                    )
                                    )
(Enter above the full name of the Plaintiff(s) )
                                    )
vs. _KC K S. Police Department_     )
_Jessica Rodregez - Det. Mendez_    )
Name                                )
_700 Minnesota Ave_                 )
Street and number                   )
_Kansas City  KS  66101-2704_       )
City         State      Zip Code    )

DISTRICT COURT
DISTRICT OF KANSAS

2014 JUN -9  PM 12: 09

TIMOTHY M. O'BRIEN
        CLERK

BY_____DEPUTY
AT KANSAS CITY, KS

Case Number: _14-CV-2276  JAR / JPO_

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

      (In item A below, place your name in the first blank and place your present address in the
      second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

      A.    Name of plaintiff _Robert Stanley Morgan Jr_

            Address _7325 Canterbury St. Prairie Village_

            _Kansas 66208_

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant _____*Jessica Rodregez*_____ is

      employed at _____*KCKPD  Victim  Services  Unit*_____

      _____*of  Felonies*_____

C.    Additional Defendants _____*Detective Mendez*_____

      _____*KCKPD*_____

II.    Jurisdiction:

       (Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

       A.    (If Applicable) Diversity of citizenship and amount:

             1.    Plaintiff is a citizen of the State of _*KANSAS*_ .

             2.    The first-named defendant above is either

                   a.    a citizen of the State of _*KANSAS*___ ; or

                   b.    a corporation incorporated under the laws of the State of
                         _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

             3.    The second-named defendant above is either

                   a.    a citizen of the State of _*KANSAS*___ ; or

                   b.    a corporation incorporated under the laws of the State of
                         _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

       (If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.   (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1.   This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

__✓__ 2.   This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3.   Other grounds (specify and state any statute which gives rise to such grounds):

KSA  21 - 3812

KSA  -22 - 4901

USC 18 4, 242, 371, 1503, 1512

1622 - 1623

III.   Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Police Concealed a Felowy Crime of a KSA 21-5413(a)(1)

Person on Probation     KSA. 21.3812

KSA 22-4901     18USC 9, 242, 371, 1503, 1512

1622, 1623

3

_Criminal Psychological Manipulation_
_of Cozens   Report Number 2012091429_

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

_Prosecute those wrong, Emotionally Abusively_
_manipulating me, Victim blaming me or minimizing_
_Ignoring and retaliating treatment, of intimidation._

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [✓]  No [ ]

VI.   Do you claim actual damages for the acts alleged in your complaint?   Yes [✓]  No [ ]

VII.   Do you claim punitive monetary damages?  Yes [✓]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

_$ 80,000.00 - Plastic Surgery, Mental Anguish_
_to be treated without discrimination_
_be it racial bias and I'm disabled_
_not to become permenantly feeble minded_
_on of diminished capacity being T.B.I._
_Repeatedly, and overlooked; Agnostic-_

VIII.   Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any
        type of Administrative Procedure within any government agency? Yes [✓] No [ ]

    B.    If you answered yes, give the date your claims were presented, how they
        were presented, and the result of that procedure:

*Federal Coordination and Compliance Civil Rights Section*
*VI in Washington D.C.   State of Kansas Office of the*
*Disciplinary Administra-*
*DA. Office Wyandotte Co. State of Kansas Attorney General*

    C.    If you answered no, give the reasons, if any, why the claims made in this action
        have not been presented through Administrative Procedures:

_____

_____

_____

IX.   Related Litigation:

    Please mark the statement that pertains to this case:

    ✓    This cause, or a substantially equivalent complaint, was previously filed in
        this court as case number *13-2084* and assigned to the
        Honorable Judge *KHV / DJW*.

    _____    Neither this cause, nor a substantially equivalent complaint, previously
        has been filed in this court, and therefore this case may be opened as an
        original proceeding.

*Robert S Morgan*
Signature of Plaintiff

*Robert Stanley Morgan*
Name (Print or Type)

7325 CANterbuey St
Address

- KANSAS City-Peninie Village KS,
City        State      Zip Code  66208

913-707-3938
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita,   Kansas City   or   Topeka ), Kansas as the location for the
(circle one location)

trial in this matter.

Robert S Morgan
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes   or   no ).
(circle one)

Robert S Morgan
Signature of Plaintiff

Dated: _____
(Rev. 8/07)

**KANSAS STANDARD OFFENSE REPORT**
FRONT PAGE OPEN PUBLIC RECORD

PAGE 1 OF 2

☒ INITIAL ☐ DELETE
☐ MODIFY ☐ ADD

☐ ON VIEW ☒ DISPATCHED
☐ CITIZEN

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER |
|---|---|---|
| Kansas City, Kansas Police Department | KS1050200 | 2012091429 |

### INCIDENT

| DATE OFFENSE STARTED (MMDDCCYY) | TIME (HHMM) | DATE OFFENSE ENDED (MMDDCCYY) | TIME (HHMM) | DATE OF REPORT (MMDDCCYY) |
|---|---|---|---|---|
| 09·18·2012 | 2000 | | | 09·18·2012 |

EXCEPTIONAL CLEARANCE DATE (MMDDCCYY)

EXCEPTIONAL CLEARANCE   A. ☐ DEATH OF OFFENDER   B. ☐ PROSECUTION DENIED   C. ☐ EXTRADITION DENIED
D. ☐ VICTIM REFUSES TO TESTIFY   E. ☐ JUVENILE – NO CUSTODY   N. ☐ NOT APPLICABLE

| LOCATION OF OFFENSE | REPORT AREA | TIME REPORTED | TIME ARRIVED | TIME CLEARED |
|---|---|---|---|---|
| N. 37th AND KIMBALL ave  KCK'S 66104 | 44 | 2035 | 2045 | 2139 |

### OFFENSE #

| CHAPTER | SECTION | SUB 1 | SUB 2 | |
|---|---|---|---|---|
| 21 | 5413 | a | 1 | ☐ ATTEMPTED ☒ COMPLETED |

☐ AID / ABET
☐ CONSPIRACY
☐ SOLICITATION

DESCRIPTION: BATTERY

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| 08 | | 88 | | F. ☐ FORCE   N. ☐ NO FORCE |

TYPE OF THEFT
M. ☐ COIN MACHINE   E. ☐ EMBEZZLEMENT
B. ☐ FROM BUILDING   T. ☐ POSS. STOLEN PROP.
A. ☐ M.V. PARTS & ACC.   V. ☐ MOTOR VEHICLE
L. ☐ SHOPLIFTING   F. ☐ THEFT FROM M.V.
P. ☐ POCKET-PICKING   O. ☐ ALL OTHER
S. ☐ PURSE-SNATCHING   N. ☐ NOT APPLICABLE

TYPE OF FORCE / WEAPON
11. ☐ FIREARM ☐ AUTO
12. ☐ HANDGUN ☐ AUTO
13. ☐ RIFLE ☐ AUTO
14. ☐ SHOTGUN ☐ AUTO
15. ☐ OTHER FIREARM ☐ AUTO
20. ☐ KNIFE / CUT INSTR.
30. ☐ BLUNT OBJECT
35. ☐ MOTOR VEHICLE
40. ☒ PERSONAL WEAPON
50. ☐ POISON
60. ☐ EXPLOSIVE
65. ☐ FIRE / INCIO / DEVICE
70. ☐ DRUGS / NARC.
85. ☐ ASPHYXIATION
90. ☐ OTHER
96. ☐ UNKNOWN
99. ☐ NONE

OFFENDER SUSPECTED OF USING (SELECT UP TO 3)
A. ☒ ALCOHOL   D. ☐ DRUG / NARCOTICS
C. ☐ COMPUTER EQUIP.   N. ☐ NOT APPLICABLE

TYPE OF CRIMINAL ACTIVITY  (SELECT UP TO 3)
B. ☐ BUYING / RECEIVING   T. ☐ TRANS / TRANSMIT /
C. ☐ CULT / MANU / PUBL   IMPORT
D. ☐ DIST / SELLING   U. ☐ USING / CONSUMING
E. ☐ EXPLOIT. CHILDREN   J. ☐ JUVENILE GANG
O. ☐ OPER / PROMOTE /   G. ☐ OTHER GANG
ASSIST
P. ☐ POSSESS / CONCEAL   H. ☒ NO GANG INVOLVEMENT

LOCAL CODE  22-34(G)(1)

### OFFENSE # (second column, blank)

| CHAPTER | SECTION | SUB 1 | SUB 2 | |
|---|---|---|---|---|
| | | | | ☐ ATTEMPTED ☐ COMPLETED |

☐ AID / ABET
☐ CONSPIRACY
☐ SOLICITATION

DESCRIPTION

| PREMISE | # OF PREM. | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| | | | | F. ☐ FORCE   N. ☐ NO FORCE |

LOCAL CODE

### VICTIM # 1

TYPE OF VICTIM
I. ☒ INDIVIDUAL   S. ☐ SOCIETY / PUBLIC   R. ☐ RELIGIOUS ORGANIZATION   O. ☐ OTHER
B. ☐ BUSINESS   F. ☐ FINANCIAL INSTITUTION   G. ☐ GOVERNMENT   U. ☐ UNKNOWN

VICTIM OF OFFENSE NUMBER (CHECK ALL THAT APPLY)
1. ☒ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐

| NAME  LAST | FIRST | MIDDLE |
|---|---|---|
| MORGAN JR | ROBERT | STANLEY |

| ADDRESS  STREET | CITY | STATE | ZIP |
|---|---|---|---|
| 3034 N 38th ST | KANSAS CITY | KS | 66104 |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES. / N. RES. | AGE | DOCYY | WEIGHT | HEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| 913-767-3938 | W | M | N | R | 48 | 1964 | Cul | 210 | BRO | BRO |

| DRIVERS LICENSE NUMBER | D.L. STATE | EMPLOYER / SCHOOL |
|---|---|---|
| K03-34-1085 | KS | DISABLED. |

TELEPHONE NUMBER (WORK / SCHOOL)   ADDRESS   CITY   STATE   ZIP

| CIRCUM. AGG ASLT / BATTERY (MAX 2) | VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER (INDICATE ALL SUSPECTS) | | | | | | | | | | TYPE OF INJURY (MAX 5) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08B | 1. ☐M 2. 3. 4. 5. 6. 7. 8. 9. 10. | | | | | | | | | | 1. ☐M 2. 3. 4. 5. |

### RP / DC / W / O

| NAME  LAST | FIRST | MIDDLE | ADDRESS: STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| | | | | | | |

TELEPHONE NUMBER (HOME)   RACE   SEX   ETHNICITY   RES. / N. RES.   AGE   DATE OF BIRTH (MMDDCCYY)   HEIGHT   WEIGHT   HAIR   EYES

EMPLOYER / SCHOOL   ADDRESS  STREET   CITY   STATE   ZIP   TELEPHONE NUMBER (WORK / SCHOOL)

### PROP. DESCRIPTION

TYPE PROPERTY LOSS   1. = NONE   2. = BURNED   3 = COUNTERFEITED / FORGERY   4 = DESTROYED / DAMAGED / VANDALIZED   5 = RECOVERED   6 = SEIZED   7 = STOLEN   8 = UNKNOWN

| TYPE LOSS | PROPERTY / DRUG CODE | DESRIPTION / SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | DATE RECOVERED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| REPORTING OFFICER | BADGE / ID | DATE | COPIES TO: | PROPERTY TOTAL |
|---|---|---|---|---|
| WF CARVER | 1774 | 09-18-2012 | | |

THANK YOU FOR SHOPPING
WITH US AT
HAPPY   FOODS

NORTH

WE APPRECIATE YOUR BUSINESS

*******************************************

ood Stamps
ard # **** **** **** 1156
+++ APPROVED +++
urchase  Amount        $97.50

Cash Benefits Bal.       0.00
Foodstamps Bal.        172.13

Auth # 006446      Exp Date 00/00
Lane # 03          Checker # 10
09/12/12  19:33    Ref # 037369

****** DO NOT DISPENSE CASH ******

THANK YOU FOR SHOPPING
WITH US AT
HAPPY   FOODS

NORTH

WE APPRECIATE YOUR BUSINESS

GROCERY

| | |
|---|---|
| ALWAYS SAVE CORN CHI | $1.69 1 F |
| ASSORTED LAYS CHIPS | $4.29 1 F |
| SORTED TOP RAMAN N | |
| 6 FOR      $0 96 | $0.16 1 F |
| SORTED TOP RAMAN N | |
| $0.96 | $0.16 1 F |
| SORTED  P RAMAN N | |
| FOR      $0 96 | $0.16 1 F |
| SORTED TOP RAMAN N | |
| 6 FOR     $0 96 | $0.16 1 F |
| SORTED TOP RAMAN N | |
| 6 FOR     $0 96 | $0.16 1 F |
| RTED TOP RAMAN N | |
| 6 FOR     $0 96 | $0.16 1 F |
| ST CHOICE SUGAR | $2.73 1 F |
| FRIIS CHED JALAPEN | $2.69 1 F |
| JOY RICE NOODLES | $1.35 1 F |
| JOY RICE NOODLES | $1.35 1 F |
| JOY RICE NOODLES | $1.35 1 F |
| ORIHAN RAMEN 84 | |

**ROBERT S MORGAN**
**00103385268**

**September 23, 201**

# THIS IS NOT A BILL



HEALTH
*K a n s a s*

### EXPLANATION OF SERVICES DENIED IN THE LAST 30 DAYS

| First Date of Service | Last Date of Service | Claim Number | Provider Name | Service Description | Billed Amount | Units Denied or Cutback | Denial Reason |
|---|---|---|---|---|---|---|---|
| 09/12/2012 | 09/12/2012 | 2112263000018 | UNIFIED GOVERNMENT OF WYA | AMBULANCE SERVICE, ADVANCED LI | 787.50 | 1.0 | BX00 |
| 09/12/2012 | 09/12/2012 | 2112263000018 | UNIFIED GOVERNMENT OF WYA | ALS MILEAGE (PER MILE) | 83.34 | 9.0 | BX00 |

### DENIAL REASON DEFINITIONS

| Denial Reason | Explanation |
|---|---|
| BX00 | Service reduced or denied. |
| | This service is not covered for the diagnosis billed. |

```
MARUCHAN RAMEN BF
1 @   3 FOR    $0.99        $0.33 1 F
MARUCHAN RAMEN BF
1 @   3 FOR    $0.99        $0.33 1 F
MARUCHAN RAMEN BF
1 @   3 FOR    $0.99        $0.33 1 F
MARUCHAN RAMEN BF
1 @   3 FOR    $0.99        $0.33 1 F
MARUCHAN RAMEN NOODL
1 @   3 FOR    $0.99        $0.33 1 F
MARUCHAN RAMEN NOODL
1 @   3 FOR    $0.99        $0.33 1 F
MARUCHAN RAMEN NOODL
1 @   3 FOR    $0.99        $0.33 1 F
MARUCHAN RAMEN NOODL
1 @   3 FOR    $0.99        $0.33 1 F
MARUCHAN RAMEN NOODL
1 @   3 FOR    $0.99        $0.33 1 F
RAMEN SHRIMP  6-PACK        $1.69 1 F
TOP RAMEN  6 PACKS          $1.49 1 F
TOSTITOS SALSA CON Q        $3.69 1 F

MEAT
------------
PORK BOSTON BUTT           $11.93 1 F
RUMP ROAST                  $9.89 1 F
SPARE RIBS CRYVC           $19.53 1 F

SEAFOOD
------------
BST-CH COOKED SHRIMP        $6.79 1 F
BST-CH COOKED SHRIMP        $6.79 1 F
SNOW CRAB LEGS CLAWS       $15.99 1 F

    BALANCE DUE            $107.18
    Food Stamps            $97.50
    [S] **** **** **** 1156
    Seq. # = 006446
  CHANGE                    $0.00

    Total number of items sold = 32

TAX-CODE     TAXABLE-VAL   TAX-VALUE
TAX 1            $0.00      $0.00 1

  FOOD STAMPS TOTAL         $97.50

  TAX FORGIVEN              $9.68


CASHIER NAME: RAVEN
C0010   #0267   19:33:56   12SEP2012
          S00179   R003
```

THANK  YOU  AND
COME  AGAIN
TO YOUR FRIENDLY STORE
HAPPY  FOODS  NORTH

 

# **POLICE DEPARTMENT**
CRIMINAL INVESTIGATION BUREAU
## Victim Services Unit

**Assistant Chief Terence Hall**                                                              **Major Vince Davenport**
**Criminal Investigation Bureau**                                                        **Assistant Bureau Director**

August 31, 2012

ROBERT MORGAN JR
3034 N 38TH ST
KANSAS CITY, KS 66104

Report Number: 2012091429

Dear ROBERT MORGAN JR:

Our office received a police report that indicates that you were the victim of a crime.
We realize that being a victim of a crime is very traumatic.

The Victim Services Unit can provide information regarding community services,
Protection from Stalking orders, counseling, or questions regarding the status of
your police report. Additionally, we can provide assistance with application to the
State of Kansas **Crime Victims Compensation Fund,** which may assist you with
**medical** expenses incurred as a result of this criminal incident.

If the suspect is a juvenile, please contact the **Juvenile District Attorney's Office at
913-573-2851** if you have questions.

If the suspect is an adult and was arrested, please contact the **Municipal Prosecutor's
Office at 913-573-5090** if you have questions.

If the suspect is an adult, has not been arrested, and you have suspect information,
please contact **Dispute Resolutions at 913-573-5225** to move forward with filing charges.

Feel free to contact our office for any questions or concerns you may have. You may
contact us at 913-573-5616.

Sincerely,

Victim Services Staff



**700 Minnesota Avenue   Kansas City, Kansas 66101-2704   (913) 573-5616   Fax (913) 573-5677**

The Victim Services Unit does not discriminate on the basis of race, color, national origin, religion, sex, disability, and age in
the delivery of services.  To file a complaint alleging discrimination by the Victim Services Unit, you may call the Kansas
Human Rights Commission at (785) 296-3206 or toll-free at (888) 793-6874.

**STATE OF KANSAS**

*STANTON A. HAZLETT*
*Disciplinary Administrator*
*ALEXANDER WALCZAK*
*KIMBERLY L. KNOLL*
*KATE F. BAIRD*
*Deputy Disciplinary*
*Administrators*
*GAYLE B. LARKIN*
*Admissions Attorney*



*701 Jackson St.*
*1st Floor*
*Topeka, Kansas 66603-3729*
*Telephone: (785) 296-2486*
*Fax: (785) 296-6049*

**OFFICE OF**
**THE DISCIPLINARY ADMINISTRATOR**

**COMPLAINT FORM**

GENERAL INSTRUCTIONS: Complete the following form in as much detail as possible.
Provide the attorneys full name. If you wish to complain about more than one attorney,
complete a separate complaint form for each attorney. If any of the questions do not
apply to your case, write N/A in the spaces that are not applicable.

FEE DISPUTES: Please be advised that we do not settle fee disputes. If you are
disputing the fee paid to your attorney, please contact one of the following Fee Dispute
Committees: Johnson County Bar Fee Dispute Committee (913) 780-5460; Sedgwick
County Bar Fee Dispute Committee (316) 263-2251; Kansas Bar Association Fee
Dispute Committee (785) 234-5696.

PROCEDURE: After the materials are received by the Office of the Disciplinary
Administrator, an attorney will be assigned to review the documents and supervise the
investigation of the complaint. You will be kept informed when action occurs regarding
your complaint.

| | |
|---|---|
| Your Name: | Robert Stanley Morgan |
| Your Address: | 7325 Canterbury Dr. |
| City, State, Zip: | Prarie Village KS 66208 |
| Home Phone No.: | |
| Cell Phone No.: | 913-707-3938 |
| Work Phone No.: | 520-818-4468 - 2nd cell |
| Fax Phone No.: | |
| E-Mail Address: | rs morgan 98 @ Gmail.com |

| | |
|---|---|
| Attorney's Name: | D. A. Wyandotte Co. |
| Attorney's Address: | 700 - Minnesota Ave |
| City, State, Zip: | Kansas City Kansas 66101-2704? |
| Attorney's Phone No.: | 913-573-2851 |

Did you hire the attorney?  Yes ☐   No ☑

If yes, when did you hire the attorney?

_Complaint 201209 1428_   ←

How much did you pay the attorney for attorney fees?  Please attach a copy of any receipts, cancelled checks, contracts, fee agreements, and engagement letters.

What did you hire the attorney to do?

_Unified Government Prosecutors Office 913-573-5090_

If no, what is your connection with the attorney?  Please explain briefly.

This Robbery, Assault + Battery on 09/12/2012   by James Ray Johnson was processed into a misdemeanor. Ignored by Jessica Rodregez → 913-573-5616 Felony Advocate Said- By Det. Mendez 913-573-6092

Then Refered to: Mr. Carr 913-573-5225 At Dispute Resolution whom beg to difer that this was a felony crime. As I was stabbed twice and beaten with a golf club. upon the head After Robbed of $97.50 of groceries and cell phone damaged, and 96gm metorite taken. by the assailant whom was on intensive probation whom left the state of Kansas to Texas?

Mr. Carr Suggest that I file a Complaint Wyandotte Resolution - Misdemeanor Offic

Is your complaint about a law suit or a criminal case?  Yes ☑  No ☐

If yes, what is the name of the court?  For example, the Kansas Supreme Court, the District Court of Shawnee County, Kansas, the Municipal Court of Topeka, Kansas.

_____

What is the title of the case?  For example, *Jane Smith v. John Doe* or *State v. Smith.*

2012091429
_____

What is the case number?

_____

Approximately when was the case filed?

_____

If you are~~not~~ a party to the law suit or the defendant in the criminal case, what is your connection with it?  Please explain briefly.

I Am the Victim on Disability SSI

Have you or has a member of your family complained about an attorney in the past?
Yes ☐  No ☒

> If yes, what is the name of the attorney who was the subject of the previous complaint?

> _____

> Approximately when was the previous complaint filed?
> _____ Sept. 12 - 2012 _____

> What was the disposition of the previous complaint filed?
> ____ PROCESS - into A misdemeanor _____

FACTUAL STATEMENT: On a separate piece of paper, please prepare a detailed factual statement of your complaint. State the facts as you understand them. Do not include opinions or arguments. Include information about the type of case it was, i.e. divorce, criminal, etc. and when it started. If you employed the attorney also include how you chose the attorney, when you first met with the attorney, what the fee agreement was, whether the agreement was written or oral, what has happened so far in the case, and the last contact you had with the attorney.

Sign and date your statement. Further information may be requested later. Attach copies of pertinent documents. PLEASE BE ADVISED THAT WE CANNOT RETURN DOCUMENTS SUBMITTED TO THIS OFFICE. YOU SHOULD RETAIN A COPY OF ALL MATERIALS YOU SUBMIT.

Please send the completed Complaint Form, your detailed statement of complaint, along with any pertinent documents to: Office of the Disciplinary Administrator, 701 Southwest Jackson, First Floor, Topeka, Kansas 66603.

11-15-2012
Date

_Robert A Morgan_
Complainant's Signature

# THE UNIVERSITY
## OF KANSAS HOSPITAL

**Emergency Dept.**
3901 Rainbow Blvd.
KANSAS CITY KS 66160
Phone: 913-588-6500
Fax: 913-588-6503

**Morgan Jr, Robert S**
**MRN: 1247956**

Department: **Emergency Dept.**
Date of Visit: **9/12/12**

## Diagnoses

| | |
|---|---|
| **Head injury, unspecified** | 959.01 |
| **Laceration** | 879.8 |
| **Abrasion** | 919.0 |

You were seen by Chad M Cannon, MD.

## Allergies
HYOSCAMINE, PCN

## ED Prescriptions

| Medication | Sig | Dispense | Start Date | End Date | Auth. Provider |
|---|---|---|---|---|---|
| Bacitracin 500 unit/g Oint | Apply to laceration in armpit and abrasions twice daily | 1 Tube | 9/13/2012 | | Chad M Cannon, MD |

## Follow-up Information
**Follow up with Family Medicine Dpt Ku. Make an appointment in 1 week.**
Contact information:
3901 Rainbow Blvd
Kansas City Kansas 66160
913-588-1227

## Discharge Instructions
You need to wash your laceration and abrasions twice daily with soap and water and then apply bacitracin over the wounds twice daily. Keep the wounds covered with a dressing. If you develop evidence of infection (redness, warm to touch, fevers, increased pain), you need to return to the ED or follow up with your primary care provider. Return to the ED for any concerning symptom.

## Discharge References/Attachments
LACERATION CARE (ENGLISH)
TRAUMATIC BRAIN INJURY (ENGLISH)

## MAJOR PROCEDURES/TESTS PERFORMED
Orders Placed This Encounter
CT HEAD W/O CONTRAST
SHOULDER, LEFT, MIN TWO VIEWS
CT SPINE CERVICAL W/O CONTRAST
CT CHEST W/CONTRAST

## Additional Information

**ROBERT S MORGAN**
**00103385268**

October 23, 2012

# THIS IS NOT A BILL



HEALTHCONNECT
*K a n s a s*

### EXPLANATION OF SERVICES DENIED IN THE LAST 30 DAYS

| First Date of Service | Last Date of Service | Claim Number | Provider Name | Service Description | Billed Amount | Units Denied or Cutback | Denial Reason |
|---|---|---|---|---|---|---|---|
| 09/13/2012 | 09/13/2012 | 6012289000011 | UNIV OF KANS MED CTR OPD | LOCM 300-399MG/ML IODINE,1ML | 63.50 | 100.0 | B091 |

### DENIAL REASON DEFINITIONS

| Denial Reason | Explanation |
|---|---|
| B091 | This service not covered by Kansas Medical Assistance Program. |